IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SELECTIVE WAY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS HEAD, individually and t/a | : | NO. 10-7029 |
| Head & Son Home Improvement | : | |

**ORDER RE: MOTIONS TO INTERVENE AND FOR DEFAULT JUDGMENT**

AND NOW, this 14th day of April, 2011, following careful consideration of Michael J. Iannuzzi's Petition to Intervene (ECF No. 5), Plaintiff Selective Way Insurance Company's Response to Motion re: Petition to Intervene and Motion to Strike (ECF No. 8), and the Reply thereto (ECF No. 10), and for the reasons in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Michael J. Iannuzzi's Petition to Intervene (ECF No. 5) is DENIED.

2. Plaintiff's Motion to Strike the Petition to Intervene (ECF No. 8) is DENIED as moot.

In addition, upon consideration of Plaintiff's First Motion for Default Judgment as to Defendant Thomas Head t/a Head & Son Home Improvement (ECF No. 6), it is hereby ORDERED as follows:

3. Plaintiff's First Motion for Default Judgment as to Defendant Thomas Head t/a Head & Son Home Improvement (ECF No. 6) is GRANTED.

4. Final Judgment is entered in favor of Plaintiff, and against Defendant.

5. The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

---
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-7029 Selective Way v. Head\Petition to intervene - Order.wpd